ELMER E. BOGART et al., Appellants, *v.* COUNTY OF WESTCHESTER et al., Respondents.

Submitted April 8, 1946; decided May 29, 1946.

*Leo T. Kissam* and *Charles E. Powers* for motion.

*William A. Davidson, County Attorney,* opposed.

Motion denied, with $10 costs and necessary printing disbursements. If there be a constitutional question, appeal as of right has already been properly taken. All questions of law may be considered on that appeal.